# Balance Sheet
### As of 5/24/2020

**All Accessible**

| | F&O Los Angeles INC | Fig & Olive Holding LLC | Fig & Olive USA INC | Luxury Dining Group LLC | LUXURY DINING GROUP LLC AND SUBSIDIARIES Consolidated balance Sheet |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Asset** | | | | | |
| cash and Cash Equivalents | 145 | 499,662 | 15,086 | 6,060 | 690,153 |
| Accounts Receivable & Inter- Company | -49,168 | -13,724,761 | -2,054,465 | 23,096,371 | -519,391 |
| Inventories | | | | | 586,942 |
| Prepaids | | 147,158 | | | 346,100 |
| Restricted Cash - Deposit | | | | | 275,000 |
| Due To/From F&O Elimination | | 1,605 | | | 1,605 |
| **Total Current Asset** | **-49,023** | **-13,076,335** | **-2,039,380** | **23,102,431** | **1,380,409** |
| **Fixed Asset** | | | | | |
| PROPERTY & EQUIPMENT | | 41,144 | | | 11,756,674 |
| **Total Fixed Asset** | | **41,144** | | | **11,756,674** |
| **Other Asset** | | | | | |
| OTHER ASSETS | -499,990 | 6,309,830 | 4,227,174 | 2,478,151 | 13,196,306 |
| **Total Other Asset** | **-499,990** | **6,309,830** | **4,227,174** | **2,478,151** | **13,196,306** |
| **Total ASSETS** | **-549,013** | **-6,725,362** | **2,187,794** | **25,580,583** | **26,333,388** |
| **LIABILITIES & EQUITY** | | | | | |
| **Liabilities** | | | | | |
| **Current Liability** | | | | | |
| ACCOUNTS PAYABLE | | 400,418 | 4,962 | 39,427 | 2,351,939 |
| DSS LABOR - ACCRUED EXP | | | | | 13,590 |
| TAXES PAYABLE | | | | | -201,911 |
| ACCRUED EXPENSES | | 446,389 | | 28,555 | 1,108,230 |
| DEFERRED REVENUE | | 250 | | | 1,043,871 |
| Current Portion Equipment Lease | | -25,562 | | | -25,562 |
| Current Portion of Landlord Loan | | | | | 65,864 |
| Current Portion of Member Loan | | 2,300,000 | | 3,791,445 | 6,091,445 |
| **Total Current Liability** | | **3,121,495** | **4,962** | **3,859,427** | **10,447,466** |
| **Long Term Liability** | | | | | |
| Deferred Tenant Allowance Liability | | | | | 3,666,403 |
| Deferred Rent Liability | | 68,826 | | | 2,297,782 |
| Equipment Lease | | 25,563 | | | 25,213 |
| Landlord Loan | | | | | 65,269 |
| Other Historical Loans | 500,000 | 2 | | | 500,002 |
| **Total Long Term Liability** | **500,000** | **94,390** | | | **6,554,669** |
| **Total Liabilities** | **500,000** | **3,215,885** | **4,962** | **3,859,427** | **17,002,135** |
| **Equity** | | | | | |
| **Equity** | | | | | |
| YTD Income | -1,065 | -923,076 | 52,018 | -104,242 | -5,852,798 |
| EQUITY | -1,049,013 | -9,941,247 | 2,182,832 | 21,721,156 | 9,331,253 |
| **Total Equity** | **-1,049,013** | **-9,941,247** | **2,182,832** | **21,721,156** | **9,331,253** |
| **Total Equity** | **-1,049,013** | **-9,941,247** | **2,182,832** | **21,721,156** | **9,331,253** |
| **Total LIABILITIES & EQUITY** | **-549,013** | **-6,725,362** | **2,187,794** | **25,580,583** | **26,333,388** |

Powered by Restaurant365          7/1/2020 3:37:01 AM