# Balance Sheet
**As of 5/24/2020**

**All Accessible**

| | F&O Houston LLC | F&O Lexington LLC | F&O Melrose Place INC | F&O Newport Beach LLC | F&O Scarsdale LLC | Fig & Olive Fifth Avenue LLC | Fig & Olive Thirteen Street LLC |
|---|---:|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | | |
| **Current Asset** | | | | | | | |
| cash and Cash Equivalents | 62,994 | 73,441 | 9,814 | 39,645 | 40,822 | -55,401 | 8,193 |
| Accounts Receivable & Inter- Company | -4,761,691 | -122,287 | -7,043,578 | -4,558,708 | -708,140 | -355,496 | -422,088 |
| Inventories | 29,074 | 16,093 | 73,290 | 46,046 | 41,925 | 84,994 | 71,072 |
| Prepaids | 29,955 | 7,563 | 22,903 | 23,992 | 13,516 | 12,274 | 27,555 |
| Restricted Cash - Deposit | | | | | | 275,000 | |
| Due To/From F&O Elimination | | | | | | | |
| **Total Current Asset** | **-4,639,669** | **-25,189** | **-6,937,571** | **-4,449,025** | **-611,877** | **-38,629** | **-315,268** |
| **Fixed Asset** | | | | | | | |
| PROPERTY & EQUIPMENT | 3,397,108 | 32,696 | 1,179,687 | 1,638,708 | 108,246 | 478,706 | 311,704 |
| **Total Fixed Asset** | **3,397,108** | **32,696** | **1,179,687** | **1,638,708** | **108,246** | **478,706** | **311,704** |
| **Other Asset** | | | | | | | |
| OTHER ASSETS | 289,704 | 59,200 | 3,079 | 30,412 | -301,543 | 14,087 | 318,412 |
| **Total Other Asset** | **289,704** | **59,200** | **3,079** | **30,412** | **-301,543** | **14,087** | **318,412** |
| **Total ASSETS** | **-952,857** | **66,707** | **-5,754,804** | **-2,779,906** | **-805,174** | **454,163** | **314,848** |
| **LIABILITIES & EQUITY** | | | | | | | |
| **Liabilities** | | | | | | | |
| **Current Liability** | | | | | | | |
| ACCOUNTS PAYABLE | 181,503 | 130,200 | 332,101 | 266,975 | 71,983 | 160,126 | 226,638 |
| DSS LABOR - ACCRUED EXP | 496 | 731 | 1,669 | 1,817 | 1,248 | 5,034 | 1,296 |
| TAXES PAYABLE | -162,711 | -480 | 30,901 | 16,803 | 97 | -29,668 | -16,628 |
| ACCRUED EXPENSES | 61,399 | 51,970 | 85,746 | 42,069 | 80,320 | 79,885 | 84,258 |
| DEFERRED REVENUE | 6,008 | 352,983 | 165,897 | 169,437 | -186,049 | 123,142 | 76,735 |
| Current Portion Equipment Lease | | | | | | | |
| Current Portion of Landlord Loan | | | | | | | |
| Current Portion of Member Loan | | | | | | | |
| **Total Current Liability** | **86,696** | **535,404** | **616,313** | **497,100** | **-32,401** | **338,519** | **372,299** |
| **Long Term Liability** | | | | | | | |
| Deferred Tenant Allowance Liability | 1,727,897 | | | 407,267 | 8,008 | 57,659 | |
| Deferred Rent Liability | 335,813 | 243,377 | 13,511 | 220,975 | 8,689 | 322,330 | 148,625 |
| Equipment Lease | | | | -350 | | | |
| Landlord Loan | | | | | | | |
| Other Historical Loans | | | | | | | |
| **Total Long Term Liability** | **2,063,710** | **243,377** | **13,511** | **627,892** | **16,697** | **379,990** | **148,625** |
| **Total Liabilities** | **2,150,405** | **778,781** | **629,823** | **1,124,992** | **-15,705** | **718,508** | **520,924** |
| **Equity** | | | | | | | |
| **Equity** | | | | | | | |
| YTD Income | -609,073 | -335,171 | -853,455 | -896,321 | -255,549 | -455,802 | -505,981 |
| EQUITY | -3,103,263 | -712,074 | -6,384,627 | -3,904,898 | -789,469 | -264,345 | -206,076 |
| **Total Equity** | **-3,103,263** | **-712,074** | **-6,384,627** | **-3,904,898** | **-789,469** | **-264,345** | **-206,076** |
| **Total Equity** | **-3,103,263** | **-712,074** | **-6,384,627** | **-3,904,898** | **-789,469** | **-264,345** | **-206,076** |
| **Total LIABILITIES & EQUITY** | **-952,857** | **66,707** | **-5,754,804** | **-2,779,906** | **-805,174** | **454,163** | **314,848** |