Damian L. Albergo, Esq.
ALBERGO LAW GROUP, LLC
15 Warren Street, Suite 36
Hackensack, New Jersey 07601
Tel: (201) 354-4999
damian.albergo@albergolaw.com
Attorneys for Kompany, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

F & O Scarsdale LLC, et al.[1]

      Debtors.
---------------------------------------------------------x

Chapter 11
Case No. 20-22808- SHL

(Joint Administration Requested)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appear pursuant to rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code, §§ 101, et seq. (the "Bankruptcy Code"), in the above-captioned cases on behalf of Kompany, LLC, and requests that all notices given or required to be given and all papers served in these cases be delivered to and served on the parties identified below at the following addresses:

>Damian L. Albergo, Esq.
>Albergo Law Group, LLC
>15 Warren Street, Suite 36
>Hackensack, New Jersey 07601
>Tel: (201) 354-4999
>damian.albergo@albergolaw.com

---

[1] The Debtors' have filed a request for the joint administration of eleven (11) entities on July 3, 2020 in *In re F & O Scarsdale LLC* (Case No. 20-22808, Dkt. No. 2) with the following entities included: Listing Luxury Dining Group LLC (Case No. 20-22809); Fig & Olive Holding LLC (Case No. 20-22810); Fig & Olive USA Inc. (Case No. 20-22811); F & O Lexington LLC (Case No. 20-22812); Fig & Olive Thirteen Street LLC (Case No. 20-22813); Fig & Olive Fifth Avenue LLC(Case No. 20-22814); F & O Houston LLC (Case No. 20-22815); F & O Newport Beach LLC (Case No. 20-22816); F & O Melrose Place Inc.(Case No. 20-22817); F & O Los Angeles Inc. (Case No. 20-22818).

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that this Request for Notices, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Kompany, LLC's (i) right to have final orders in non-core matters entered only after de novo reviewed by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Kompany, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: July 6, 2020
       Hackensack, New Jersey

                               ALBERGO LAW GROUP, LLC

                               <u>/s/ *Damian L. Albergo, Esq.*</u>
                               Damian L. Albergo, Esq.
                               15 Warren Street, Suite 36
                               Hackensack, New Jersey 07601
                               Tel: (201) 354-4999
                               damian.albergo@albergolaw.com
                               Attorneys for Kompany, LLC