**F&O SCARSDALE LLC ET AL**
**CHAPTER 11 LEAD CASE NO. 20-22808(SHL)**
**ESTIMATED CONSOLIDATED LIQUIDATION ANALYSIS**
**AS OF 12/31/20**

|  | BOOK VALUE | LIQUIDATION VALUE |
|---|---|---|
| **ASSETS:** | | |
| Cash On Hand | $159,216 | $0[1] |
| Inventory | $362,362 | $100,000 |
| Security Deposits/Prepayments | $974,660 | $0 |
| Fixed Assets | $6,199,987 | $100,000[2] |
| Other Assets | $12,873,172 | $500,000[3] |
| **TOTAL ASSETS:** | **$10,102,077** | **$700,000** |
| | | |
| **LESS COSTS ASSOCIATED WITH LIQUIDATION:** | | |
| Chapter 7 Professional Fees | | $75,000.00 |
| Auctioneer Fees & Costs | | $95,000.00 |
| Chapter 7 Trustee (11 U.S.C. SEC. 326) | | $31,800.00 |
| **TOTAL LIQUIDATION COSTS:** | | **$201,800** |
| | | |
| LESS CHAPTER 11 NET PROFESSIONAL CLAIMS | | $225,000.00 |
| LESS PRIORITY CLAIMS | | $291,000.00 |
| | | |
| **TOTAL CHAPTER 11 ADMINISTRATIVE/ PRIORITY CLAIMS[4]:** | | **$516,000** |
| | | |
| **NET AVAILABLE FOR UNSECURED CREDITORS:** | | **($0)** |
| | | |
| **PROJECTED DISTRIBUTION IN CHAPTER 7 (Total Claims approx. $14,200,000)[5]** | | **0%** |

Note: Chapter 11 Plan provides 8% on confirmation distribution to unsecured creditors.

---

1 Debtors expected to run out of cash by 4/30/21 absent Plan confirmation.
2 Fixed Assets consist of leasehold improvements, fixtures and used equipment. The improvements and fixtures likely have no value to the estates in a liquidation.
3 Other Assets consist primarily of inter-company investments and loans. Only asset with any liquidation value is intellectual property.
4 These figures do not include the $5.3 million DIP Loan Claim which would be asserted against the assets of Debtor Fig & Olive Holding LLC, further eroding if not completely exhausting the proceeds of any liquidation.
5 Under Chapter 7, Fonkenell Unsecured Claim of $7 million would share pro rata with all other general unsecured creditors.